# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 14, 2023

Lyle W. Cayce
Clerk

———————

No. 22-11000

———————

Sprint Corporation,

*Plaintiff—Appellee*,

*versus*

Shichinin, L.L.C.,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2308

———————————————————

Before Graves, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

This case stems from a longstanding dispute between Shichinin, LLC and Sprint Corporation over a failed joint venture in Hawaii that culminated in agreed arbitration proceedings in Texas. A three-arbitrator panel issued a final award denying Shichinin's claims and awarding attorneys' fees and costs to Sprint. After the district court confirmed the arbitration award and denied Shichinin's petition to vacate the award and motion to dismiss, stay

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11000

or transfer, Shichinin filed this appeal.   After consideration of the briefs, record, and applicable law, we conclude that the matter should be affirmed, essentially for the reasons stated by the district court.   *See Sprint Corp. v. Shichinin, LLC,*  No. 3:21-CV-2308, 2022 WL 4360872 (N.D. Tex. Sept. 20, 2022).   Because the district court did not abuse its discretion or err, we AFFIRM.